UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61935-CIV-SMITH/VALLE

MICHAEL C. ADDERLEY,

    Plaintiff,

v.

GLORIDA EGO, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 23], in which the Magistrate Judge recommends that the Complaint be dismissed without prejudice because it fails to meet the pleading requirements under Federal Rule of Civil Procedure 8. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that no objections were filed, it is

    **ORDERED** that:

    1.    The Report and Recommendation to District Judge [DE 23] is **AFFIRMED** and **ADOPTED**.

    2.    The Complaint is **DISMISSED without prejudice**.

    3.    Plaintiff shall file his amended complaint no later than **April 2, 2021**. Failure to file the amended complaint by the deadline specified will result in dismissal of the case without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record